D.N.J. LOCAL FORM 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO: JAMES J. WALDRON, CLERK

CASE NO: 06-14918 (KCF)
IN RE: ANDREA M. ADINOLFI

CHAPTER 7

# INFORMATION FOR NOTICE OF ABANDONMENT

Thomas J. Orr, Trustee, has filed a notice of intention to abandon certain property described below as being of inconsequential value to the estate. If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such application shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the trustee no later than (date to be fixed by the Court).

In the event an objection is timely filed a hearing thereon will be held on (time and location to be fixed by the Court).

If no objection is filed with the Clerk and served upon the trustee on or before (date to be fixed by the Court) the abandonment will take effect on (date to be fixed by Court).

The description of the property and the liens and exemptions claimed are as follows:

| DESCRIPTION OF THE PROPERTY TO BE ABANDONED | LIENS ON THE PROPERTY OF DEBTOR (Include amount claimed due) | AMOUNT OF EQUITY CLAIMED AS EXEMPT BY THE DEBTOR |
|---|---|---|
| Default judgment awarding $39,307.10 against debtor's father on a preference. The Trustee was unable to collect the judgment as the father has no assets and is on social security. | None | None |
| The Trustee attempted to sell the judgment but received offers less than $500. | | |
| After attorney's fees and administration costs, there would be no funds remaining for unsecured creditors. | | |

Requests for additional information about the property to be abandoned should be directed to:
Thomas J. Orr
321 High Street
Burlington, NJ 08016-4411
(609) 386-8700

SUBMITTED BY: _____    POSITION: Trustee    PHONE 609-386-8700
/S/Thomas J. Orr
DATED: October 29, 2009