Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:   06–14918–KCF
Chapter:   7
Judge:   Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea M. Adinolfi
   aka Andrea M. Pearl
   12 Knollwood Road
   Holmdel, NJ 07733

Social Security No.:
   xxx–xx–7903

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

   Thomas Orr, Trustee for the above–captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
   If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than November 18, 2009.
   In the event an objection is timely filed, a hearing will be held before the Honorable Kathryn C. Ferguson on

DATE:                           December 1, 2009
TIME:                           11:00 am
COURTROOM:           2

   If no objection is filed with the Clerk and served upon the Trustee on or before November 18, 2009, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
Default judgment awarding $39,307.10 against
debtors father on a preference. The Trustee was
unable to collect the judgment as the father has no
assets and is on social security.

The Trustee attempted to sell the judgment but
received offers less than $500.

After attorneys fees and administration costs, there
would be no funds remaining for unsecured creditors.

The liens on the property to be abandoned are as follows
(including amount claimed due):
None

The amount of equity claimed as exempt by the debtor is:

None

      Request for additional information about the property to be abandoned should be directed to the Trustee at:
Thomas Orr
Law Office of Thomas J. Orr
321 High Street
Burlington, NJ 08016–4496
(609) 386–8700

      or the trustee's attorney (if applicable) at:
Thomas J Orr
Law Offices of Thomas Orr, Esq.
321 High St.
Burlington, NJ 08016
609–386–8700


Dated: October 30, 2009
JJW:

                                                James J. Waldron
                                                Clerk